Daniel C. Barr (Bar No. 010149)
Kristine J. Beaudoin (Bar No. 034853)
Samantha J. Burke (Bar No. 036064)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile:  602.648.7000
Email: DBarr@perkinscoie.com
       KBeaudoin@perkinscoie.com
       SBurke@perkinscoie.com
       DocketPHX@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Erin Rippstein,<br><br>    Plaintiff,<br><br> v.<br><br>The Boeing Company; John Doe 1; Don Clark; and Does 2-10, inclusive,<br><br>    Defendants. | No. _____<br><br>**DEFENDANT THE BOEING COMPANY'S NOTICE OF REMOVAL**<br><br>*[Removal from the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2020-010284]* |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please take notice that, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441, and 1446, and LRCiv 3.6, Defendant The Boeing Company ("Boeing") hereby removes this case, originally filed as CV2020-010284 in the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona, Phoenix Division. As set forth below, removal is proper pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction under 28 U.S.C. § 1331 because this case presents a federal question.

**I. TIMELINESS OF REMOVAL**

1. On or about August 25, 2020, Plaintiff Erin Rippstein commenced an action in the Superior Court of the State of Arizona in and for the County of Maricopa as case number CV2020-010284. The Complaint lists Boeing, Don Clark ("Clark"), John Doe, and

Does 2-10 as Defendants. The Complaint asserts six claims: (1) sexual harassment and hostile work environment in violation of Title VII, 42 U.S.C. §§ 2000e et seq. ("Title VII"); (2) retaliation in violation of Title VII; (3) retaliation in violation of the Arizona Employment Protection Act, A.R.S. § 23-1501(3)(c)(iii); (4) discrimination and harassment in violation of the Arizona Civil Rights Act, A.R.S. §§ 41-1463 et seq. ("ACRA"); (5) retaliation in violation of ACRA; and (6) intentional infliction of emotional distress. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6, true and correct copies of the state court record are attached as Exhibit A to the Declaration of Kristine J. Beaudoin, attached to this Notice of Removal.

2. Defendant Boeing was served on October 30, 2020. Defendant Clark has not been served. This Notice of Removal is thus timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of service on Boeing.

**II.   VENUE**

3. The Superior Court of the State of Arizona, Maricopa County is located within the District of Arizona. 28 U.S.C. § 82. Venue is therefore proper in this Court because it is the "district and division embracing the place where such action is pending." *id.* § 1441(a).

**III.   GROUNDS FOR REMOVAL**

4. This action is one in which this Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts two claims that arise "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, Counts I and II allege violations of Title VII, a federal statute enacted by Congress.

5. Because this case could have been brought originally in this Court under 28 U.S.C. § 1331, removal is appropriate under 28 U.S.C. § 1441.

6. This Court also has supplemental jurisdiction over the remaining four state law claims, Counts III, VI, V, and VI. The Complaint alleges Plaintiff was subjected to a hostile work environment and sexual harassment during her employment at Boeing and was retaliated against for reporting it. She claims those same alleged actions constitute

intentional infliction of emotional distress. These factual allegations reveal that all six claims are "so related . . . that they form part of the same case or controversy under Article III of the United States Constitution." *See* 28 U.S.C. § 1367(a).

7. Accordingly, pursuant to 28 U.S.C. §§ 1331, 1367(a), and 1441, this Court may exercise jurisdiction over every claim alleged in this action.

**IV.   CONSENT AND NOTICE**

8. Defendant Clark has yet to be served, and therefore his consent to removal is not required at this time. *See* 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6, true and correct copies of the state court record are attached as Exhibit 1. No motions are currently pending in state court.

10. Exhibit 2 is a copy of the Notice of Removal (without attachments) that undersigned affirmatively states will be filed with the clerk of the Maricopa County Superior Court and served on Plaintiff.

11. The required Civil Cover Sheet and Supplemental Civil Cover Sheet for Cases Removed from Another Jurisdiction are attached hereto. *See* LRCiv 3.6.

Dated:  November 18, 2020          **PERKINS COIE LLP**

By:  s/ Kristine J. Beaudoin
    Daniel C. Barr
    Kristine J. Beaudoin
    Samantha J. Burke
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

*Attorneys for Defendant The Boeing Company*

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and that I served the attached documents by email and first class mail on the following:

> Barbara E. Cowan
> **WORKPLACE ADVOCATES, LLC**
> 291 S. Main Street, Suite J
> Yuma, Arizona 85364
> barbara@theworkplaceadvocates.com

                                    s/ Kristine J. Beaudoin